**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **JAMES COLEMAN,** | ) CV NO. 10-7504-MMM(AJW) |
|        Petitioner, | ) |
|   v. | ) JUDGMENT |
| **JAMES D. HARTLEY,** | ) |
|        Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 4, 2011

                                              Margaret M. Morrow
                                              United States District Judge